**STEPTOE & JOHNSON LLP**
ANTHONY J. ANSCOMBE, State Bar No. 135883
*aanscombe@steptoe.com*
AMANDA C. SCHWARTZ, State Bar No. 307522
*aschwartz@steptoe.com*
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699

Attorneys for Defendant
Corelle Brands LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE GARCIA; and MICHAEL SPORN, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORELLE BRANDS, LLC d/b/a INSTANT BRANDS INC.,<br><br>Defendant. | CASE NO.<br><br>**CERTIFICATE OF SERVICE** |

## **PROOF OF SERVICE**

I am a resident of, or employed in, San Francisco, California. I am over the age of 18 and not a party to this action. My business address is Steptoe & Johnson LLP, 1 Market Street, Spear Tower, Suite 3900, San Francisco, California 94105.

- **CIVIL COVER SHEET**
- **NOTICE OF REMOVAL**

☐ FILE & SERVEXPRESS – I am readily familiar with the practice of collection and processing of documents through File & ServeXpress, and on this date, I served a true and correct copy of the above-listed document(s) electronically through File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via **FEDERAL EXPRESS**.

x ELECTRONIC MAIL - by causing the document(s) listed above to be sent via E-MAIL to the counsel of record on this case. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ ELECTRONIC MAIL VIA ECF- by electronic service via ECF based on court order or an agreement of the parties to accept service by electronic transmission or by e-filing document with the court, I caused the above-entitled document(s) to be served through ECF to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy of the One Legal receipt Page/Confirmation will be maintained with the original document(s) in this office.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 7, 2021 at San Francisco, California.

*Salimi*
Beeba Salimi