**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Caroline Garcia and Michael Sporn

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLINE GARCIA; and MICHAEL SPORN**, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CORELLE BRANDS, LLC d/b/a INSTANT BRANDS INC.;**<br>**INSTANT BRANDS INC.;**<br><br>Defendant. | Case No. 4:21-cv-02518-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CORELLE BRANDS, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I)**<br><br>**Judge:** Donna M. Ryu |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Caroline Garcia and Michael Sporn voluntarily dismiss all claims against defendant Corelle Brands, LLC d/b/a Instant Brands, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of this voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

This dismissal does not apply to the remaining defendant, Instant Brands Inc.

Dated: April 21, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KAZEROUNI LAW GROUP, APC


　　　　　　　　　　　　　　　　　　　　By: */s/ Jason A. Ibey*
　　　　　　　　　　　　　　　　　　　　　　Jason A. Ibey
　　　　　　　　　　　　　　　　　　　　　　321 N Mall Drive, Suite R108
　　　　　　　　　　　　　　　　　　　　　　St. George, Utah 84790
　　　　　　　　　　　　　　　　　　　　　　Phone: 800-400-6808
　　　　　　　　　　　　　　　　　　　　　　Email: Jason@kazlg.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*