*Sporn; Garcia v. Corelle Brands, LLC; Instant Brands Inc.*
Case No.: 4:21-cv-02518-DMR
United States District Court, Northern District of California

# CERTIFICATE OF SERVICE

I, Emily Torromeo, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs. My business address is 2221 Camino del Rio South, Suite 101, San Diego, CA, 92108. I am readily familiar with our business' practice of collecting, processing, and mailing of correspondence and pleadings for mail with the United States Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CORELLE BRANDS, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**

☒ ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 21, 2021, at San Diego, California.

_____
Emily Torromeo

CERTIFICATE OF SERVICE