# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE GARCIA, et al., <br>     Plaintiffs, <br> v. <br> INSTANT BRANDS INC., <br>     Defendant. | Case No. 21-cv-02518-VC <br><br> **ORDER TO SHOW CAUSE** |

If the evidence shows that the named plaintiffs' products are in fact covered by the warranties that the defendants advertised, it appears that the named plaintiffs suffered no injury within the meaning of Article III. Accordingly, the parties are ordered to show cause why the case should not be dismissed for lack of standing. The defendants must respond to the order to show cause by July 21, 2021. The response must be accompanied by evidence about whether the products purchased by the named plaintiffs are covered by the warranties. The plaintiffs must respond to the order to show cause by August 4, 2021. Each brief should not exceed 10 pages, but the briefs can and should be accompanied by any evidence necessary to adjudicate whether jurisdiction exists. A hearing will take place on August 26, 2021, at 2 p.m. The motion for partial remand will be subject to the same schedule, but will only be considered if the Court determines it has jurisdiction over the case.

    **IT IS SO ORDERED.**

Dated: July 8, 2021

_____
VINCE CHHABRIA
United States District Judge